UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELLO R. DESIRE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK RIDLEY THOMAS, *et al.*,<br><br>　　　　Defendants. | NO. CV 19-01607-FMO (AGR)<br><br>ORDER TO SHOW CAUSE WHY THE COMPLAINT SHOULD NOT BE DISMISSED |

On February 26, 2019, Plaintiff[1] filed a civil rights complaint against Supervisor Mark Ridley-Thomas and members of his staff, D. Jordan, K. Austria, C. Pintado and R. Saucedo. For the reasons set forth below, the Court orders Plaintiff to show cause in writing, on or before ***April 12, 2019***, why this Court should not recommend dismissal.

---

[1] A substantially similar complaint was filed previously on behalf of a different plaintiff. *The People of South Central Los Angeles v. Ridley-Thomas*, CV 18-10745 FMO (AGR). The court dismissed that complaint without prejudice. (*Id.*, Dkt. No. 7.)

# I.

## **FACTUAL ALLEGATIONS IN COMPLAINT**

The complaint contains two claims against Supervisor Ridley-Thomas and members of his staff under 42 U.S.C. § 1983 for (1) violation of the "right to empowerment education"; and (2) "denied funding to help educate, rehabilitate blacks in South Los Angeles." (Compl. at 8-9[2].)

The first claim is based on Supervisor Ridley-Thomas' "dishonest communication" and his staff's misrepresentations that "they are processing proposal in which they never responded in a timely fashion." (*Id.* at 8.) The second claim is based on Defendant K. Austria's alleged admission in November 2017 "to not reading or processing any of the previous proposals submitted since Nov 2013." (*Id.* at 9.)

The complaint attaches two funding questionnaires submitted by The Kingdom Warrior Foundation to Supervisor Ridley-Thomas, the first on December 4, 2013 and the second on May 20, 2016.[3] (*Id.* at 32-37, 51.) The complaint attaches communications between Plaintiff and Supervisor Ridley-Thomas' staff members regarding The Kingdom Warriors Foundation. (*Id.* at 38-45, 49-50.)

The complaint alleges that a rejection letter was sent on December 4, 2018. (*Id.* at 7.) The complaint attaches a letter dated December 4, 2018 from Supervisor Ridley-Thomas to Plaintiff at The Kingdom Warriors Foundation that states, in pertinent part:

> Thank you for your interest for funding assistance from the Second Supervisorial District. We regret to inform you that The Kingdom Warriors Foundation was not recommended for

---

[2] Because the complaint and its attachments are not numbered sequentially, the court cites the page numbers assigned by CM/ECF in the header.

[3] Only the first page of the funding questionnaire submitted on May 20, 2016 is attached to the complaint.

2

funding for Fiscal Year 2018-19.

> It appears you submitted two separate proposals as one request. There is the MHSA proposal that was not funded by Department of Mental Health and re-submission of the Kingdom Warriors Foundation request to the Second District in 2014. Specifically, the proposal does not demonstrate the degree of current collaboration and formal partnership with other agencies that we seek in proposals to the Second District. Furthermore, site control of the proposed program locations has not been obtained. Finally, the California State Tax Franchise Board reports that The Kingdom Warrior Foundation's Articles of Incorporation are not longer active, and funding for various program components has not been secured. For these reasons, we are unable to accommodate your request. We appreciate the efforts and commitment you have dedicated to the residents of the Second Supervisorial District.

(*Id.* at 17.)

Plaintiff seeks various forms of relief.[4] (*Id.* at 10-11.) The complaint attaches a document from a state case Plaintiff previously filed against the County of Los Angeles in Los Angeles County Superior Court in Case No. BC688380. (*Id.* at 30.) According to the online docket, the court dismissed that case on July 19, 2018.

---

[4] The complaint seeks various forms of relief that do not appear to be related to the alleged violations. Plaintiff does not establish any legal basis for the court's authority to grant the relief she requests.

## II.
## PLAINTIFF FAILED TO PAY THE FILING FEE OR REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff must either pay the $400 filing fee or else file a request to proceed *in forma pauperis*. The Clerk is directed to mail Plaintiff the appropriate form. If Plaintiff fails to either pay the filing fee or file a request to proceed *in forma pauperis* by April 12, 2019, the court may recommend dismissal of the complaint.

## III.
## ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF STANDING, FAILURE TO STATE A CLAIM AND MOOTNESS

"To state a section 1983 claim, a plaintiff must allege facts which show a deprivation of a right, privilege or immunity secured by the Constitution or federal law by a person acting under color of state law." *Lopez v. Dep't of Health Servs.*, 939 F.2d 881, 883 (9th Cir. 1991).

### A. Claim One: Violation of Right to "Empowerment Education"

The first claim is premised on a violation of a constitutional right to "empowerment education." "Public education is not a 'right' granted to individuals by the Constitution. *Plyler v. Doe*, 457 U.S. 202, 221 (1982). In any event, Plaintiff's claims do not involve a right to public education. Plaintiff instead complains that Supervisor Ridley-Thomas did not respond to The Kingdom Warrior Foundation's funding proposals in a timely fashion. Plaintiff fails to state a claim upon which relief could be granted. Fed. R. Civ. P. 12(b)(6).

Moreover, Plaintiff has not established standing to assert a claim based on any misrepresentations or delays in processing funding applications by The Kingdom Warrior Foundation. The complaint alleges that the Supervisor's staff received the "501c3 paperwork." (Compl. at 7.) The complaint attaches the proposals to Supervisor Ridley-Thomas from The Kingdom Warriors Foundation, Inc. (Compl. at 32-37, 51.) According to the online database of the California

Secretary of State, The Kingdom Warriors Foundation, Inc. is a nonprofit with entity number C3588725. Plaintiff is listed as the Chief Executive Officer and agent for service of process on the Statement of Information filed with the Secretary of State.

Plaintiff represents herself in this action. The question is "whether one seeking to represent himself *pro se* is a person who by substantive law has the right sought to be enforced." *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987). A *pro se* litigant may not appear as an attorney for any other person or entity. *Id.* Here, Plaintiff is apparently the CEO and agent for service of process for The Kingdom Warrior Foundation, Inc., which submitted the proposals to Supervisor Ridley-Thomas' office. Plaintiff therefore does not appear to conducting her own case but rather representing The Kingdom Warrior Foundation, Inc. *See id.* (trustee for trust may not bring lawsuit *pro se*).

Finally, Claim One appears to be moot. The claim is based on Supervisor Ridley-Thomas' "dishonest communication" and his staff's misrepresentations that "they are processing proposal in which they never responded in a timely fashion." (Compl. at 8.) On the other hand, the complaint acknowledges that K. Austria requested a mailing address for a rejection letter on December 4, 2018. (*Id.* at 7.) The complaint attaches the December 4, 2018 rejection letter, which lists four reasons why The Kingdom Warriors Foundation was not recommended for funding. (*Id.* at 17.) Thus, it appears that Claim One is moot because the foundation has received a response to its funding proposals.

**B.     Claim Two: Denial of Application for Funding**

The second claim is based on the Supervisor's denial of funding. The complaint alleges that, in November 2017, K. Austria "admitted to not reading or processing any of the previous proposals submitted since Nov 2013." (*Id.* at 9.)

The complaint does not allege any federal legal basis for a claim based on denial of funding by a member of the Board of Supervisors. To the extent Plaintiff

5

complains of a due process violation based on K. Austria's alleged admission in November 2017, Plaintiff does not allege that an application for funding gives rise to a property interest under California law to support a federal due process claim. Plaintiff does not allege that she even submitted a funding proposal to Supervisor Ridley-Thomas. Nor has Plaintiff established standing to assert a due process claim, or any other claim, on behalf of The Kingdom Warriors Foundation under *C.E. Pope*. Moreover, any such claim appears to be moot for the same reasons set forth above. The Kingdom Warriors Foundation received a response to its funding proposals that contained four reasons for denial based on the proposals themselves.

## IV.
## ORDER

IT IS THEREFORE ORDERED that on or before ***April 12, 2019,*** Plaintiff shall show cause in writing why this court should not recommend dismissal. **If Plaintiff fails to respond to this order to show cause by April 12, 2019, then the court may recommend dismissal.**

DATED: March 13, 2019

*Alicia G. Rosenberg*
ALICIA G. ROSENBERG
United States Magistrate Judge